EARL J. WALKER, for appellee; A. R. MILLER, of counsel.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

RAILROADS, § 562*—*when boy boarding freight train is guilty of contributory negligence.* In an action for the death of a boy 12 or 13 years old who was run over by defendant's train, evidence that deceased in company with other boys had gone upon the right of way for the purpose of picking up coal and that decedent sustained the injury while attempting to board a freight train moving at a speed of about 6 miles per hour, shows contributory negligence as a matter of law.

---

Mary Elizabeth Trumbull, Defendant in Error, v. William H. Bryant, Plaintiff in Error.

Gen. No. 23,404.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. EDMUND K. JARECKI, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed with finding of fact. Opinion filed May 14, 1918.

### Statement of the Case.

Action by Mary Elizabeth Trumbull, plaintiff, against William H. Bryant, defendant, to recover rent of demised premises. From a judgment for plaintiff on an instructed verdict, defendant brings error.

WEST & ECKHART, for plaintiff in error.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

HENRY M. HAGAN, for defendant in error.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

## Abstract of the Decision.

LANDLORD AND TENANT, § 325*—*when surrender of premises with acquiescence of lessor shown.* In an action for rent, a surrender of leased premises with the lessor's acquiescence is shown by the defendant's uncontradicted testimony that he had vacated the premises some months before he gave up the keys to plaintiff, that he had paid rent up to that time, that the keys were given up at plaintiff's request, defendant stating at the time of surrendering them that in so doing he was to be released from further obligations, and that plaintiff took and retained the keys without dissenting from that proposition and without demanding any further rent until about 9 months later.

---

## Mary Lawson, Defendant in Error, v. A. Wilberforce Williams, sued as A. Wilerfore Williams, Plaintiff in Error.

### Gen. No. 23,453.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. WILLIAM N. GEMMILL, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed and remanded. Opinion filed May 14, 1918.

## Statement of the Case.

Action by Mary Lawson, plaintiff, against A. Wilberforce Williams, sued as A. Wilerfore Williams, defendant, to recover money claimed to be due plaintiff. From a verdict for plaintiff for a tortious con-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.